UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEXTER ANDERSON,

    Plaintiff,

v.

B. TRUE, ARDETTA MOODY,
MATTHEW BURNETT, and
ANDRE MCCLATCHEY,

    Defendants.
_____/

Case No. 15-cv-11703

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
DAVID R. GRAND

**ORDER OVERRULING PLAINTIFF'S OBJECTION [55] TO MAGISTRATE JUDGE DAVID R. GRAND'S ORDER GRANTING DEFENDANTS PERMISSION TO EXCEED PAGE LIMIT**

On June 1, 2016, Defendants filed an Ex Parte Motion to Exceed Page Limit for their Motion for Summary Judgment. *See* Dkt. No. 45. On June 2, 2016, Magistrate Judge David R. Grand granted the Motion. *See* Dkt. 48. Before the Court is Plaintiff's Objection [55] to Magistrate Judge David R. Grand's Order.

"A district court shall consider objections to a magistrate judge's non-dispositive orders, and shall modify or set aside any portion of the orders found to be clearly erroneous or contrary to law." *Wendorf v. JLG Indus., Inc.*, No. 08-CV-12229, 2010 WL 148255, at *1 (E.D. Mich. Jan. 11, 2010) (citing Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A)). "A ruling is clearly erroneous if, upon review of

-2-

the record, the district court is left with a definite and firm conviction that a mistake has been made." *Id.*

Under this Court's Local Rules, a page limit may be extended upon leave of the Court. *See* E.D. Mich. L.R. 7.1(d)(3)(A). In the present case, the Defendants filed an Ex Parte Motion setting forth their reasons for needing a page limit extension. Among those reasons, Defendants listed that they are moving to dismiss Plaintiff's case on seven different grounds, and that the case is relatively fact intensive. Dkt. No. 45 at 2 (Pg. ID No. 447). Magistrate Judge Grand found Defendants' reasons sufficient to grant leave. This decision was not "clearly erroneous or contrary to law." Accordingly, Plaintiff's Objection fails.

For the reasons discussed above, Plaintiff's Objection [55] is **OVERRULED**.

IT IS SO ORDERED.

Dated: June 29, 2016  /s/Gershwin A Drain
Detroit, MI  HON. GERSHWIN A. DRAIN
United States District Court Judge