UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEXTER ANDERSON,

    Plaintiff,

v.

B. TRUE ET AL.,

    Defendants.
_____/

Case No. 15-cv-11703

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
DAVID R. GRAND

## ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL [80]

Plaintiff Dexter Anderson filed a Motion for Appointment of Counsel on October 16, 2017. Dkt. No. 80. Plaintiff filed a notice of appeal on September 20, 2017, however. *See* Dkt. No. 77. Courts have long held that "[a] notice of appeal divests the district court of its control over aspects of the case involved in the appeal." *United States v. Young*, 847 F.3d 328, 360 (6th Cir. 2017) (citing *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58, 103 S. Ct. 400, 74 L. Ed .2d 225 (1982)). Put another way, only the Sixth Circuit—and not this Court—can grant Plaintiff's motion. Accordingly, the Court must DENY Plaintiff's Motion for Appointment of Counsel.

IT IS SO ORDERED.

Dated: November 7, 2017            /s/Gershwin A. Drain
                                                 GERSHWIN A. DRAIN
                                                 United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on November 7, 2017, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk